UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CONNIE S. ROBERTS,            )<br>         Plaintiff,          )<br>                                       )<br>    vs.                                )<br>                                       )<br>INDIANA BUREAU OF MOTOR VEHICLES, )<br>         Defendant.         ) | 1:10-cv-176-TWP-TAB |

**ADOPTION**

The Magistrate Judge submitted his Report and Recommendation on Defendant's motion for summary judgment. Parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections. The Court, having considered the Magistrate Judge's Report and any objections, approves and adopts the Magistrate Judge's Report and Recommendation. Accordingly, Defendant's motion for summary judgment [Docket No. 44] is granted.

Dated:   01/04/2012

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Copies to:

Laura Lee Bowker
INDIANA ATTORNEY GENERAL
laura.bowker@atg.in.gov

Corinne T.W. Gilchrist
OFFICE OF THE INDIANA ATTORNEY GENERAL
corinne.gilchrist@atg.in.gov

Daniel LaPointe Kent
LAPOINTE LAW FIRM P.C.
dkent@lapointelawfirm.com

Mary Jane Lapointe
LAPOINTE LAW FIRM PC
maryj@lapointelawfirm.com